**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE:                                          CASE NO.: 16-13433-BFK
                                                  CHAPTER 11

**Darrall A Griffin,**

         Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of Fay Servcing, LLC as servicer fro PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee (the "Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                         Robertson, Anschutz & Schneid, P.L.
                                         Authorized Agent for Secured Creditor
                                         6409 Congress Ave., Suite 100
                                         Boca Raton, FL 33487
                                         Telephone: 561-241-6901
                                         Facsimile: 561-997-6909
                                         By: /s/Sheri Stein Charlse
                                         Sheri Stein Charlse, Esquire
                                         Email: scharlse@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 25, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DANIEL M. PRESS, ESQ.
CHUNG & PRESS, P. C.
6718 WHITTIER AVE., SUITE 200
MCLEAN, VA  22101

DARRALL A GRIFFIN
5672 TOWER HILL CIRCLE
ALEXANDRIA, VA  22315

JUDY A. ROBBINS, ESQ.
JACK FRANKEL, ESQ.
OFFICE OF THE U.S. TRUSTEE - REGION 4
115 SOUTH UNION STREET, ROOM 210
ALEXANDRIA, VA  22314

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Sheri Stein Charlse
Sheri Stein Charlse, Esquire
Email: scharlse@rasflaw.com