**DEBTOR:**  Darrall Griffin                                    **CASE NUMBER:**  16-13433-BFK

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
#### MONTHLY OPERATING REPORT
#### CHAPTER 11
#### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE
For Period Ended:  12/31/2016

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☐ | ☐ | 1 Cash Flow Statement (Page 2) |
| ☐ | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| ☐ | ☐ | 3 Cash Receipts Detail (Page 4) |
| ☐ | ☐ | 4 Cash Disbursements Detail (Page 5) |
| ☐ | ☐ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| ☒ | ☐ | 6 **Bank Statements for All Bank Accounts**  (remember to redact all but last four digits of bank account number) |

### QUESTIONNAIRE
Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | Yes | |
| 2. Are all insurance policies current and in effect? | Yes | |
| 3. Have all taxes been timely filed and paid? | Yes | |
| 4. Did you pay all your bills on time this month? | Yes | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | Yes | |
| 6. Did you borrow money from anyone this month? | | NO |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | NO |
| 8. Do you have any bank accounts open other than the DIP account? | | NO |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:**  3/23/17

**Signature (Debtor):**  _Darrall Griffin_

**Print name:**  _Darrall Griffin_

**Signature (Co-Debtor, if one):**  _____

**Print name:**  _____

**DEBTOR:** Darrall Griffin                    **CASE NUMBER:** 16-13433-BFK

### CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

|  | Month Reporting: |
|---|---|
| CASH FLOW SUMMARY (SEE NOTE A) | December-16 |
| 1. Beginning Cash Balance | $ 3,255.50 (1) |
| 2. Cash Receipts |  |
|     Wages | 7,545.64 |
|     Sole Proprietorship Revenues |  |
|     Draws from owned entities other than Sole Prop |  |
|     Rental Income | 3,050.00 |
|     Other | 604.65 |
|     Total Cash Receipts | $ 11,200.29 |
| 3. Cash Disbursements |  |
|     Rent or home mortgage payment | $ 2,019.19 |
|     Utilities and Telephone Expenses | 1,091.73 |
|     Home maintenance (repairs/upkeep) | 229.75 |
|     Food / Groceries | 1,377.89 |
|     Insurance payments | 117.43 |
|     Installment payments (including auto) |  |
|     Transportation (not including car payments) | 605.92 |
|     Legal / Professional Fees / U.S. Trustee Fees |  |
|     Sole Proprietorship Expenses |  |
|     Rental property expenses / repairs | 738.31 |
|     Other   Closing Account | 344.57 |
|     Other   Clothing, Loan Modification Escrow Payment | 2,372.51 |
|     Other   ATM WITHDRAWAL | 466.00 |
|     Miscellaneous  Cleaners, Wine, Amazon, Trans Fee | 574.97 |
|     Total Cash Disbursements | $ 9,938.27 |
| 4. Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements) | 1,262.02 |
| 5. Ending Cash Balance | $ 4,517.52 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 9,938.27 |
| Less: Transfers between bank accounts | |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | **9,938.27** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Current month beginning cash balance should equal the previous month's ending balance.*

Rev. 2012-06

**DEBTOR:**   **Darrall Griffin**                                   Case Number: 16-13433-BFK

## BANK RECONCILIATIONS

| Month ending:                Dec-16 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank:  Wells Fargo | 5309 | 8204 | | |
| Last four digits of account | 5309 | 8204 | | |
| Purpose of Acct (Personal or Business) | Personal | Personal | | |
| Type of account (Checking or Savings) | Checking | Savings | | |
| **Balance per Bank Statement** | 4,517.52 | 100.00 | | |
| **ADD:** Deposits not credited (attach list) | | | | |
| **SUBTRACT:** Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| **Month end Balance (Must agree with books)** | 4,517.52 | 100.00 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 4,617.52 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Darrall Griffin                                **CASE NO:** 16-13433-BFK

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period:    12-1-16   **to**   12-31-16

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 12/5/16 | Rugged Warehouse | clothing return | 5.29 |
| 12/5/16 | Agris Treas | Payckeck | 3,772.82 |
| 12/16/16 | Darrall Griffin | Deposit | 400.00 |
| 12/19/16 | Agris Treas | Payckeck | 3,772.82 |
| 12/27/16 | National Harbor | clothing return | 199.32 |
| 11/28/16 | Rental Tenant | December Rent | 3,050.00 |
| 11/30/16 | Wells Fargo | Interest Payment | 0.04 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**    $    11,200.29 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06

PAGE 4

**DEBTOR:** Darrall Griffin                    **CASE NO:** 16-13433-BFK

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:  12-1-16  to  12-31-16

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 12/2/16 | | Gulf | Car Gas | 34.43 |
| 12/5/16 | | Coco Rico | Food | 17.48 |
| 12/5/16 | | Safeway | Food | 10.75 |
| 12/5/16 | 104 | Family Prestige Garage Door | Repair | 50.00 |
| 12/8/16 | | DC Parking | Parking Fee | 3.22 |
| 12/8/16 | | Bonefish | Food | 46.00 |
| 12/8/16 | | Netflix | Utility/Entertainment | 24.70 |
| 12/8/16 | | Walmart | Food/House hold items | 76.49 |
| 12/8/16 | | Safeway | Food / Prescription | 4.14 |
| 12/9/16 | | Brethren Mutual | Insurance | 80.33 |
| 12/9/16 | | Marleni Parada | House Cleaning Service | 125.00 |
| 12/12/16 | | Potomac Parking | Monthly Parking Fee | 220.00 |
| 12/12/16 | | Kurkland Law Group | Loan Modification | 2,000.00 |
| 12/12/16 | | Homestead Gardens | Food | 28.60 |
| 12/12/16 | | Bonefish | Food | 95.77 |
| 12/13/16 | | Verizon Wireless | Mobile Phone | 180.00 |
| 12/14/16 | | First Premeier | Monthly Fee | 13.50 |
| 12/14/16 | | Self | ATM Withdrawal | 400.00 |
| 12/14/16 | | Cox Communication | Internet | 55.18 |

Total automatic debits for the month which identify who is paid _____

**Total Cash Disbursements**  $    9,938.27 (1)(2)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06

PAGE 5

DEBTOR:    Darrall Griffin

CASE NO 16-13433-BFK

CASH DISBURSEMENTS DETAIL (SEE NOTE A - additional sheet)

(attach s as necessary)

For Period:    12-1-2016 to    12-31-16

Debtor In Possession Account:

| Date | Payee | Check No. | Description (Purpose) | Amount |
|---|---|---|---|---|
| 12/15/2016 | Hess | | Gas | 36.86 |
| 12/15/2016 | Kingstowne HOA | | HOA Fee | 47.99 |
| 12/15/2016 | Capitol Park | | HOA Fee | 548 |
| 12/19/2016 | Ezpass | | Ezpass | 35 |
| 12/19/2016 | Costco | | Food | 100.27 |
| 12/19/2016 | Famous Dave's | | Food | 65.78 |
| 12/19/2016 | Home Depot | | Home Repair | 6.76 |
| 12/20/2016 | Uno | | Food | 21.54 |
| 12/20/2016 | self | | ATM Withdrawal | 101.99 |
| 12/20/2016 | Walmart | | Food / Household items | 56.2 |
| 12/21/2016 | Asia Café | | Food | 35 |
| 12/21/2016 | Verizon | | Utilities | 426.6 |
| 12/21/2016 | Cox | | Utilities | 79.25 |
| 12/21/2016 | Dominion Power | | Utilities | 126 |
| 12/21/2016 | Verizon Wireless | | Utilities | 200 |
| 12/22/2016 | Vector Security | | Rental Property Alarm | 95.15 |
| 12/22/2016 | Arlington General | | Ticket | 235.04 |
| 12/22/2016 | Vector Security | | Rental Property Alarm | 47.58 |
| 12/23/2016 | Granite City | | Food | 25 |
| 12/23/2016 | Revenue Auth Largo | | Parking fee | 3 |
| 12/23/2016 | Granite City | | Food - Office Party | 115.66 |
| 12/23/2016 | Restaurant Depot | | Food | 147.36 |
| 12/27/2016 | Capital Café | | Food | 3.63 |
| 12/27/2016 | Cosmo Cleaners | | Dry Cleaning | 39.59 |
| 12/27/2016 | National Harbor | | Clothing | 137.34 |
| 12/27/2016 | National Harbor | | Clothing | 61.98 |
| 12/27/2016 | National Harbor | | Clothing | 173.19 |
| 12/27/2016 | safeway | | Food | 34.79 |
| 12/27/2016 | Asia Café | | Food | 35.45 |
| 12/27/2016 | Giant | | Food | 24.99 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 12/27/2016 | Amazon | Computer Supplies/house items | 62.96 |
| 12/28/2016 | Self | ATM Withdrawal | 303 |
| 12/28/2016 | Wells Fargo | transaction Fee | 2.5 |
| 12/29/2016 | Travelers Ins | Insurance | 37.1 |
| 12/29/2016 | Restaurant Depot | Food | 193.37 |
| 12/29/2016 | Costco | Food Household items | 138.68 |
| 12/30/2016 | First Premeire | closing account | 331.07 |
| 12/30/2016 | Lax Wine | Wine | 130.93 |
| 12/30/2016 | Popeyes | Food | 6.15 |
| 12/30/2016 | Wingstop | Food | 36.73 |
| 12/30/2016 | Vector Security | Rental Property Alarm | 47.58 |
| 12/30/2016 | Hess | Car Gas | 38.37 |
| 12/30/2016 | Restaurant Depot | Food | 58.06 |
| 12/30/2016 | Fay Servicing | Rental Property Mortgage | 2019.19 |

Total automatic debits for the month which identify who is paid

Total Cash Disbursements          6472.68

PAGE 5          0

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** **Darrall Griffin**                    Case Number: **16-13433-BFK**

**Date Case was filed:** **10-09-16**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: 2016 | | | Year: | | |
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
|---|---|---|---|---|---|---|
| Jan | | | - | | | - |
| Feb | | | - | | | - |
| Mar | | | - | | | - |
| Apr | | | - | | | - |
| May | | | - | | | - |
| Jun | | | - | | | - |
| Jul | | | - | | | - |
| Aug | | | - | | | - |
| Sep | | | - | | | - |
| Oct | | | - | | | - |
| Nov | 14,511 | 11,255 | 3,256 | | | - |
| Dec | 11,200 | 9,938 | 1,262 | | | - |
| TOTAL | 25,711 | 21,194 | 4,518 | - | - | - |

# Wells Fargo Combined Statement of Accounts



Primary account number:        5309    ■ December 1, 2016 - December 31, 2016    ■ Page 1 of 7

DARRALL A GRIFFIN
DEBTOR IN POSSESSION
CH 11 CASE # 16-13433(EVA)
5672 TOWER HILL CIR
ALEXANDRIA VA 22315-5590

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**    (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288    *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Summary of accounts

### *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo® Preferred Checking | 2 | 5309 | 3,255.50 | 4,517.52 |
| Wells Fargo Way2Save® Savings | 6 | 8204 | 100.00 | 100.00 |
| **Total deposit accounts** | | | **$3,355.50** | **$4,617.52** |

(377)
Sheet Seq = 0321087
Sheet 00001 of 00004

Primary account number: [____] 5309 ■ December 1, 2016 - December 31, 2016 ■ Page 2 of 7



WELLS FARGO

---

# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $3,255.50 |
| Deposits/Additions | 11,200.29 |
| Withdrawals/Subtractions | - 9,938.27 |
| **Ending balance on 12/31** | **$4,517.52** |

Account number: [____] 5309

DARRALL A GRIFFIN
DEBTOR IN POSSESSION
CH 11 CASE # 16-13433(EVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  051400549

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.04 |
| Average collected balance | $4,740.90 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.06 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/2 | | Purchase authorized on 12/01 Gulf Oil 92047819 Alexandria VA S386336836814824 Card 5650 | | 34.43 | 3,221.07 |
| 12/5 | | Purchase Return authorized on 12/01 Rugged Wearhouse-A Alexandria VA S616338547159363 Card 5650 | 5.29 | | |
| 12/5 | | Agri Treas 310 Fed Sal 120516 xxxxx4000 Darrall A Griffin | 3,772.82 | | |
| 12/5 | | Purchase authorized on 12/02 Coco Rico Inc Springfield VA S586338106328185 Card 5650 | | 17.48 | |
| 12/5 | | Purchase authorized on 12/02 Safeway Store0001 Alexandria VA S466338121299109 Card 5650 | | 10.75 | |
| 12/5 | 104 | Check | | 50.00 | 6,920.95 |
| 12/8 | | Purchase authorized on 12/06 DC Parking Meters Washington DC S466341575322483 Card 5650 | | 3.22 | |
| 12/8 | | Purchase authorized on 12/06 Bonefish 0706 Kingstowne VA S386341776269679 Card 5650 | | 46.00 | |
| 12/8 | | Recurring Payment authorized on 12/07 Netflix.Com Netflix.Com CA S466343047988567 Card 5650 | | 24.70 | |
| 12/8 | | Purchase with Cash Back $ 40.00 authorized on 12/08 Wal-Mart Wal-Mart Sto Alexandria VA P00000000687327662 Card 5650 | | 76.49 | |
| 12/8 | | Purchase authorized on 12/08 Safeway Store 1847 Alexandria VA P0000000036589322 Card 5650 | | 4.14 | 6,766.40 |
| 12/9 | | Purchase authorized on 12/08 Brethren Mutual IN 301-739-0950 MD S386343703968969 Card 5650 | | 80.33 | |
| 12/9 | 105 | Check | | 125.00 | 6,561.07 |
| 12/12 | | Purchase authorized on 12/08 550 12th St - Poto Washington DC S306343733006122 Card 5650 | | 220.00 | |
| 12/12 | | Purchase authorized on 12/09 Kurland Law Group 301-424-2834 MD S006344729932767 Card 5650 | | 2,000.00 | |

Primary account number:    **5309**  ■ December 1, 2016 - December 31, 2016  ■ Page 3 of 7


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|-------------|
| 12/12 | | Purchase authorized on 12/10 Homestead Gardens Davidsonville MD S586345800818719 Card 5650 | | 28.60 | |
| 12/12 | | Purchase authorized on 12/11 Bonefish 0706 Kingstowne VA S386346019743356 Card 5650 | | 95.77 | 4,216.70 |
| 12/13 | | Purchase authorized on 12/12 Verizon Wrl My Acc 800-9220204 CA S386347632388395 Card 5650 | | 180.00 | 4,036.70 |
| 12/14 | | Purchase authorized on 12/12 Firstpremier800987 800-987-5521 SD S586347552782297 Card 5650 | | 13.50 | |
| 12/14 | | Cash eWithdrawal in Branch/Store 12/14/2016 11:45 Am 6110 Franconia Rd Alexandria VA 5650 | | 400.00 | |
| 12/14 | | Bill Pay Cox Communicatio on-Line Xxxxxxxxxxx99801 on 12-14 | | 55.18 | 3,568.02 |
| 12/15 | | Purchase authorized on 12/14 Hess 02868 Alexandria VA S386349707850792 Card 5650 | | 36.86 | |
| 12/15 | | Bill Pay Kingstowne Home on-Line xxxxxx x672 03 on 12-15 | | 47.99 | |
| 12/15 | | Capitol Park IV Assn Dues 10524382 Darrall Griffin | | 548.00 | 2,935.17 |
| 12/16 | | eDeposit IN Branch/Store 12/16/16 03:11:13 Pm 13716 Smoketown Rd Woodbridge VA | 400.00 | | 3,335.17 |
| 12/19 | | Agri Treas 310 Fed Sal 121916 xxxxx4000 Darrall A Griffin | 3,772.82 | | |
| 12/19 | | Purchase authorized on 12/16 Ezpass Virgini0020 703-3917630 VA S306352070940943 Card 5650 | | 35.00 | |
| 12/19 | | Purchase authorized on 12/17 Costco Whse #1115 Alexandria VA P0038635257573397 2 Card 5650 | | 100.27 | |
| 12/19 | | Purchase authorized on 12/18 Famous Dave's #207 Alexandria VA S586354038542424 Card 5650 | | 65.78 | |
| 12/19 | | Purchase authorized on 12/19 The Home Depot #4617 Springfield VA P00466354694628399 Card 5650 | | 6.76 | 6,900.18 |
| 12/20 | | Purchase authorized on 12/19 Unochicagogrill#72 Alexandria VA S466354670556476 Card 5650 | | 21.54 | |
| 12/20 | | Non-WF ATM Withdrawal authorized on 12/20 601A M Street NW Washington DC 0058635564211 7875 ATM ID 80285341 Card 5650 | | 101.99 | |
| 12/20 | | Purchase authorized on 12/20 Wal-Mart Wal-Mart Sto Alexandria VA P00000000534904925 Card 5650 | | 56.20 | 6,720.45 |
| 12/21 | | Purchase authorized on 12/19 Four Seasons Cafe Asia Cafe Asm S006355003110822 Card 5650 | | 35.00 | |
| 12/21 | | Purchase authorized on 12/20 Fsi*Verizon+Bmc$3. 800-345-6563 TX S386355485404758 Card 5650 | | 426.60 | |
| 12/21 | | Bill Pay Cox Communicatio on-Line Xxxxxxxxxxx99801 on 12-21 | | 79.25 | |
| 12/21 | | Bill Pay Dominion Power on-Line xxxxx19458 on 12-21 | | 126.00 | |
| 12/21 | | Bill Pay Verizon Wireless on-Line xxxxxxxxx00001 on 12-21 | | 200.00 | 5,853.60 |
| 12/22 | | Purchase authorized on 12/21 Vector Security - 724-741-2200 PA S306356558957787 Card 5650 | | 95.15 | |
| 12/22 | | Purchase authorized on 12/21 Arlington General 703-2284591 VA S306356613554137 Card 5650 | | 235.04 | |
| 12/22 | | Purchase authorized on 12/21 Vector Security IN 724-741-2200 PA S386356838443374 Card 5650 | | 47.58 | 5,475.83 |
| 12/23 | | Purchase authorized on 12/22 Granite City #035 Oxon Hill MD S466357610339339 Card 5650 | | 25.00 | |
| 12/23 | | Purchase authorized on 12/22 Revenue Auth Post Largo MD S466357657701872 Card 5650 | | 3.00 | |
| 12/23 | | Purchase authorized on 12/22 Granite City #035 Oxon Hill MD S306357691953409 Card 5650 | | 115.66 | |
| 12/23 | | Purchase authorized on 12/23 Restaurant Depot Alexandria VA P00466358769089952 Card 5650 | | 147.36 | 5,184.81 |
| 12/27 | | Purchase Return authorized on 12/23 National Harbor National Har MD S616359548838379 Card 5650 | 199.32 | | |
| 12/27 | | Purchase authorized on 12/23 Capital Cafe Washington DC S466358541447345 Card 5650 | | 3.63 | |
| 12/27 | | Purchase authorized on 12/23 Cosmo Cleaners Washington DC S006358644955077 Card 5650 | | 39.59 | |
| 12/27 | | Purchase authorized on 12/23 National Harbor National Har MD S306358675303632 Card 5650 | | 137.34 | |

Primary account number:       **5309**  ■ December 1, 2016 - December 31, 2016  ■ Page 4 of 7



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/27 | | Purchase authorized on 12/23 National Harbor National Har MD S386358678575892 Card 5650 | | 61.98 | |
| 12/27 | | Purchase authorized on 12/23 National Harbor National Har MD S586358699396824 Card 5650 | | 173.19 | |
| 12/27 | | Purchase authorized on 12/23 Safeway Store0001 Alexandria VA S586359002386794 Card 5650 | | 34.79 | |
| 12/27 | | Purchase authorized on 12/24 Four Seasons Cafe Asia Cafe Asm S166359818063616 Card 5650 | | 35.45 | |
| 12/27 | | Purchase authorized on 12/25 Giant 0232 Alexandria VA S386360626869598 Card 5650 | | 24.99 | |
| 12/27 | | Purchase authorized on 12/27 Amazon Mktplace Pm Amzn.Com/Bill WA S386361516044906 Card 5650 | | 62.96 | 4,810.21 |
| 12/28 | | Non-WF ATM Withdrawal authorized on 12/28 550 12th St Washington DC 00306363725059667 ATM ID Xk3101 Card 5650 | | 303.00 | |
| 12/28 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 4,504.71 |
| 12/29 | | Purchase authorized on 12/28 Travelers Pers Ins 888-616-8715 CT S305363390048884 Card 5650 | | 37.10 | |
| 12/29 | | Purchase authorized on 12/29 Restaurant Depot Alexandria VA P0030636470199243 Card 5650 | | 193.37 | |
| 12/29 | | Purchase authorized on 12/29 Costco Whse #1115 Alexandria VA P0058636503023857 Card 5650 | | 138.68 | 4,135.56 |
| 12/30 | | Deposit Made In A Branch/Store | 3,050.00 | | |
| 12/30 | | Purchase authorized on 12/28 Firstpremier800987 800-987-5521 SD S466363553043551 Card 5650 | | 331.07 | |
| 12/30 | | Purchase authorized on 12/28 Tms*Lax Wine & Spi Washington DC S466363756947633 Card 5650 | | 130.93 | |
| 12/30 | | Purchase authorized on 12/28 Popeyes Washington DC S086363785220799 Card 5650 | | 6.15 | |
| 12/30 | | Purchase authorized on 12/28 Wingstop 1055 Alexandria VA S306364148387928 Card 5650 | | 36.73 | |
| 12/30 | | Purchase authorized on 12/29 Vector Security IN 724-741-2200 PA S586364454302076 Card 5650 | | 47.58 | |
| 12/30 | | Purchase authorized on 12/29 Hess 02868 Alexandria VA S586364605386597 Card 5650 | | 38.37 | |
| 12/30 | | Purchase authorized on 12/30 Restaurant Depot Alexandria VA P0038636562387554 Card 5650 | | 58.06 | |
| 12/30 | | Fay Servicing ACH Pmts 122816 0000126982 Darrall Griffin | | 2,019.19 | |
| 12/30 | | Interest Payment | 0.04 | | 4,517.52 |
| **Ending balance on 12/31** | | | | | **4,517.52** |
| **Totals** | | | **$11,200.29** | **$9,938.27** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 104 | 12/5 | 50.00 | 105 | 12/9 | 125.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2016 - 12/31/2016 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived.
For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

Primary account number:        **5309**  ■ December 1, 2016 - December 31, 2016  ■ Page 5 of 7



WELLS
FARGO

---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following account requirements | | | |
| Total amount of qualifying direct deposits | $1,000.00 | $7,545.64 | ☑ |
| Linked Wells Fargo home mortgage | 1 | 0 | ☐ |
| Combined balances in linked accounts, which may include | $10,000.00 | $3,035.17 | ☐ |
| – Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
JD/JD

 IMPORTANT ACCOUNT INFORMATION

---

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

---

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

**In the section of the Consumer Account Agreement titled "Rights and responsibilities" the subsection "When do we verify your transactions?" is deleted and replaced with the following:**

**Are transactions subject to verification by the Bank?**
Yes. All transactions are subject to the Bank's verification. This includes cash, items, or other funds offered for deposit for which we have provided a receipt. We do not verify all transactions.

**Who is responsible to make sure the declared amount of funds offered for deposit is accurate?**
It is your responsibility, and the Bank has no obligation, to make sure the declared amounts on your deposit receipt are correct. If we determine a discrepancy exists between the declared and the actual amount of the funds, we are permitted to adjust (debit or credit) your account, and we will notify you if any adjustments are made. We are also permitted to use the declared amount as the correct amount to be deposited and to not adjust a discrepancy if it is less than our standard adjustment amount. We are permitted to vary our standard adjustment amount from time to time without notice to you and to use different amounts depending on account type.

If you notify us of an error in the amount of a deposit shown on your account statement within one year of the date we mail or otherwise make the account statement available to you, we will review the deposit and make any adjustment we determine is appropriate.

If you fail to notify us during this time frame, the deposit amount on your statement will be considered correct. This means that if the actual amount is less than the amount on the statement, the difference will become your property. If the actual amount is more than the amount shown on the statement, the difference will become the Bank's property.

Primary account number: ___5309 ■ December 1, 2016 - December 31, 2016 ■ Page 6 of 7



---

# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $100.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 12/31** | **$100.00** |

Account number: 8204

DARRALL A GRIFFIN
DEBTOR IN POSSESSION
CH 11 CASE # 16-13433(EVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $100.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2016 - 12/31/2016 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| Minimum daily balance | $300.00 | $100.00 ☐ |
| Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

AM/AM

Primary account number: ░░░░ **5309** ■ December 1, 2016 - December 31, 2016 ■ Page 7 of 7



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.      $ \_\_\_\_\_

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

+ $ \_\_\_\_\_

**C**  Add **A** and **B** to calculate the subtotal.      = $ \_\_\_\_\_

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

- $ \_\_\_\_\_

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ \_\_\_\_\_

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.  ⌂ EQUAL HOUSING LENDER