**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 16−13433−BFK
**Chapter** 11
**Judge** Brian F Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Darrall A Griffin
 5672 Tower Hill Circle
Alexandria, VA 22315

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1592

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

# NOTICE OF HEARING

A

*208* − Notice and Motion to Dismiss Case , Notice of Motion & Notice of Hearing Hearing scheduled for 1/6/2026 at 11:00 AM at Chief Judge Kenney's Courtroom, 200 S Washington St, 2nd Flr, Courtroom I, Alexandria, VA. (Attachments: # 1 Notice of Motion and Hearing)Filed by Michael T. Freeman of Office of the US Trustee on behalf of Matthew W. Cheney (Freeman, Michael)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  January 6, 2026          **Time:**  11:00 AM

**Location:**

Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

Dated:  December 8, 2025                                For the Court,

                                                        Charri S Stewart, Clerk
[VAN022USTvSept2023.jsp]                                United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 16-13433-BFK |
| Darrall A Griffin | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 1 of 4 |
| Date Rcvd: Dec 08, 2025 | Form ID: VAN22UST | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrall A Griffin, 5672 Tower Hill Circle, Alexandria, VA 22315-5590 |
| cr | + | PROF-2013-M4 Legal Title Trust, by U.S. Bank Natio, 939 W. North Avenue, Suite 680, Chicago, IL 60642-7138 |
| cr | + | U.S. Bank National Association as Indenture Truste, BWW Law Group, LLC, 8100 Three Chopt Rd. Suite 240, Richmond, VA 23229-4833 |
| 13605559 | + | Fay Servicing, PO Box 220720, Chicago, IL 60622-0720 |
| 13605561 | + | Jemeire Talley, 5672 Tower Hill Circle, Alexandria, VA 22315-5590 |
| 13605562 | + | Kingstowne Residential Owners, C/O Rees Broome, 1900 Gallows Rd Ste 700, Tysons Corner, VA 22182-3886 |
| 13605565 | + | PROF-2013-M4 Legal Title Trust, Fay Servicing, 939 W. North Avenue, Suite 680, Chicago, IL 60642-7138 |
| 13605567 | | Samuel I White PC, 5040 Corporate Woods Dr, Virginia Beach, VA 23462-4377 |
| 14478533 | + | U.S. Bank National Association, as Indenture, c/o Gregory Funding LLC, P.O. Box 25430, Portland, OR 97298-0430 |
| 15189780 | | Wilmington Savings Fund Society, FSB, as indenture, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 00:56:35 | Capital One Bank (USA), N.A. by American InfoSourc, PO Box 71083, Charlotte, NC 28272-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2025 00:55:16 | Pra Receivables Management, Llc As Agent Of Portfo, POB 41067, Norfolk, Va 23541-1067 |
| cr | ^ | MEBN | Dec 09 2025 00:48:02 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUST, BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, va 23229-4833 |
| cr | ^ | MEBN | Dec 09 2025 00:48:02 | U.S. Bank National Association, as Indenture Trust, c/o BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| 13605554 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 09 2025 00:52:00 | American Honda Finance, PO Box 168088, Irving, TX 75016-0000 |
| 13629054 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 09 2025 00:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 13734864 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 09 2025 00:51:00 | Aldridge Pite LLP, c/o Gilbert Yabes, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego CA 92177-7921 |
| 13605555 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2025 00:56:36 | Ashley Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13755461 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0422-9 | User: RenierJes | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: VAN22UST | Total Noticed: 36 |

| Recip ID | | Notice Type/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 09 2025 00:54:51 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13605556 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 09 2025 00:51:00 | Bank of America, PO Box 26012, Greensboro, NC 27420-6012 |
| 13605557 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 01:08:14 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 13639856 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 01:07:58 | Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 13605558 | | Email/Text: john.burton@fairfaxcounty.gov | Dec 09 2025 00:52:00 | Fairfax County Tax Administrat, 12000 Government Center Pkwy, Suite 223, Fairfax, VA 22035-0076 |
| 13605560 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2025 00:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13605563 | | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 09 2025 00:52:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 13605564 | | Email/Text: bkrgeneric@penfed.org | Dec 09 2025 00:51:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 13761747 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 09 2025 00:51:00 | PROF-2013-M4 Legal Title Trust, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 15798184 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2025 00:52:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13605566 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 09 2025 00:51:00 | Rushmore Loan Management Serv, PO Box 55004, Irvine, CA 92619-5004 |
| 13654933 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 09 2025 00:51:00 | Rushmore Loan Management Services, LLC, P.O. Box 52708, Irvine, CA 92619-2708 |
| 13630718 | ^ | MEBN | Dec 09 2025 00:47:58 | Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| 13615018 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2025 00:55:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16544968 | + | Email/Text: bkteam@selenefinance.com | Dec 09 2025 00:51:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 16465452 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2025 00:51:00 | U.S. Bank Trust Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13605568 | + | Email/Text: va_tax_bk@harriscollect.com | Dec 09 2025 00:52:00 | Virginia Department of Taxatio, PO Box 2156, Richmond, VA 23218-2156 |
| 13605569 | + | Email/Text: Bankruptcy@wsfsbank.com | Dec 09 2025 00:52:00 | Wilmington Savings Fund Societ, Christiana Trust, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FAY SERVICING, LLC |
| cr | | NWL Company, LLC |

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 3 of 4 |
| Date Rcvd: Dec 08, 2025 | Form ID: VAN22UST | Total Noticed: 36 |

| | | |
|---|---|---|
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | | U.S. Bank Trust National Association |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 13734340 | | Fay Servicing, LLC |
| cr | *+ | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | * | Wilmington Savings Fund Society, FSB, as indenture, PO Box 814609, Dallas, TX 75381-4609 |
| 14511663 | *+ | Rushmore Loan Management Services, LLC, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14046004 | ##+ | Kristin Lough, 3717 Gunston Road, Alexandria VA 22302-2009 |

TOTAL: 7 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025                     Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

**Name**  **Email Address**

Barry W. Spear
 on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2018-A Mortgage-Backed Notes Barry.Spear@bww-law.com, bankruptcy@bww-law.com

Barry W. Spear
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2018-A MORTGAGE-BACKED NOTES Barry.Spear@bww-law.com, bankruptcy@bww-law.com

Barry W. Spear
 on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2018-A Mortgage-Backed Notes Barry.Spear@bww-law.com  bankruptcy@bww-law.com

Brian K Jordan
 on behalf of Creditor U.S. Bank Trust Company  National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2023-C, MortgageBacked Securities, Series 2023-C bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com

D. Carol Sasser
 on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dsasser@siwpc.com, ewhite@siwpc.com;kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Daniel Kevin Eisenhauer
 on behalf of Creditor NWL Company  LLC ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Daniel M. Press
 on behalf of Debtor Darrall A Griffin dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Gilbert R Yabes
 on behalf of Creditor FAY SERVICING  LLC bkecfinbox@aldridgepite.com, GRY@ecf.inforuptcy.com

Jack Frankel
 on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov  USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Mark David Meyer
 on behalf of Creditor PROF-2013-M4 Legal Title Trust  by U.S. Bank National Association, as Legal Title Trustee

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 4 of 4 |
| Date Rcvd: Dec 08, 2025 | Form ID: VAN22UST | Total Noticed: 36 |

                    bankruptcy@rosenberg-assoc.com

Matthew W. Cheney

                    ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman

                    on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Sheri Stein Charlse

                    on behalf of Creditor FAY SERVICING LLC scharlse@raslg.com, scharlse@raslg.com

Trenita Jackson Stewart

                    on behalf of Creditor U.S. Bank Trust National Association tstewart@raslg.com tstewart@lha-law.com

TOTAL: 14