# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

```
-------------------------------------------------------------X
In re:                                        :    Chapter 11
                                              :
Darrall A Griffin                             :    No. 16-13433-BFK
                                              :
          Debtor.                             :
                                              :
-------------------------------------------------------------X
```

## RESPONSE TO MOTION TO DISMISS OR CONVERT

NOW COMES Debtor, through counsel, and responds to the US Trustee's Motion to Dismiss or Convert as follows:

The Debtor acknowledges that he was behind in filing post-confirmation reports. All reports have now been filed. The delinquency was the result of a progressive medical condition from which the Debtor has been suffering for the past two years.

The Debtor has confirmed that he is current in his payment obligations to the US Trustee and under the plan.

WHEREFORE, Debtor respectfully requests that the Motion to Dismiss or Convert be denied.

Dated:   December 26, 2025.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

## CERTIFICATE OF SERVICE

    This is to certify that on this 26th day of December, 2025, I caused the foregoing response to be served by CM/ECF on counsel for Movant/US Trustee.

                                                   /s/ Daniel M. Press
                                              Daniel M. Press, VSB 37123
                                              Chung & Press, P.C.
                                              6718 Whittier Ave., Suite 200
                                              McLean, VA 22101
                                              (703) 734-3800
                                              (703) 734-0590 fax
                                              dpress@chung-press.com