IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In re:** | |
| **Darrall A. Griffin,** | **Case No. 16-13433-BFK** |
| **Debtor.** | **Chapter 11** |

### NOTICE OF WITHDRAWAL OF THE UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE

Please take notice that Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, hereby withdraws his Motion to Dismiss Chapter 11 Case filed on December 8, 2025 (Doc. No. 208). Please remove the Motion from this Court's January 6, 2026 docket.

Date: December 30, 2025

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 30, 2025, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court and transmitted a true and correct copy of said document electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Darrall A. Griffin
5672 Tower Hill Circle
Alexandria, VA 22315

Sheri Stein Charlse scharlse@raslg.com, scharlse@raslg.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Daniel Kevin Eisenhauer ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Brian K Jordan bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com

Mark David Meyer bankruptcy@rosenberg-assoc.com

Johnie Rush Muncy jmuncy@siwpc.com, dsasser@siwpc.com; ewhite@siwpc.com; bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Daniel M. Press dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

D. Carol Sasser dsasser@siwpc.com, ewhite@siwpc.com; jmuncy@siwpc.com; bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Barry W. Spear Barry.Spear@bww-law.com, bankruptcy@bww-law.com

Trenita Jackson Stewart tstewart@raslg.com, tstewart@lha-law.com

Gilbert R Yabes bkecfinbox@aldridgepite.com, GRY@ecf.inforuptcy.com

                                                   */s/ Robert W. Ours*
                                                   Robert W. Ours
                                                   Paralegal Specialist