UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Orlans PC, by counsel, hereby gives notice that Daniel K. Eisenhauer (VSB #85242), withdraws as counsel from the cases listed on the attached Exhibit 1, effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that John Ansell (VSB #77676), an attorney employed by Orlans PC, will be substituted as counsel in place of Mr. Eisenhauer in all of the cases listed on the attached Exhibit 1.

Dated: February 4, 2026

Respectfully Submitted,
Orlans PC

By: /s/Daniel K. Eisenhauer
Daniel K. Eisenhauer (VSB #85242)

By: /s/John Ansell
John Ansell (VSB #77676)
Orlans PC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-4261
jansell@orlans.com
*Attorney for the Movant*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal and Substitution of Counsel was or will be served electronically via the CM/ECF system.

/s/John Ansell
John Ansell (VSB #77676)