**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
-------------------------------------------------------------X
In re:                                      :        Chapter 11
                                            :
Darrall A Griffin                           :        No. 16-13433-BFK
                                            :
            Debtor.                         :
                                            :
-------------------------------------------------------------X
```

### NOTICE OF CHANGE OF COUNSEL'S ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms. The new address is below.

      Dated: August 14, 2026.

                       _/s/ Daniel M. Press_____
                       Daniel M. Press, VSB 37123
                       Law Offices of Daniel M. Press
                       201 Washington St.
                       Cumberland MD 21502
                       (703) 725-7600
                       dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

 /s/ Daniel M. Press_____
Daniel M. Press